UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VALERIE K. HESTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF NORTH CAROLINA, )<br>OFFICE OF DISABILITY )<br>ADJUDICATION AND REVIEW, )<br>NANCY BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>JONATHAN BLAIR BISER, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-174-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Hester's application to proceed in forma pauperis [D.E. 3] is GRANTED, and Hester's complaint is DISMISSED as frivolous. Hester's motion for default judgment [D.E. 6], motions to expedite [D.E. 7, 8], and motion to sue under the FTCA [D.E. 12] are DENIED.

**This Judgment Filed and Entered on October 16, 2017, and Copies To:**

Trista Anne Schmier                                                         (Sent to 810 N. Duke St. Apt. 14,
                                                                                            Durham, NC 27701 via US Mail)

DATE:                                             PETER A. MOORE, JR., CLERK

October 16, 2017                                    (By) /s/ Nicole Briggeman
                                                                    Deputy Clerk